# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Reynolds,<br><br>            Plaintiff,<br><br>vs.<br><br>Unum Life Insurance Company of America;<br>American Family Insurance Company;<br>American Family Insurance Company<br>Employee Disability Plan,<br><br>            Defendants. | No. CV10-02383-PHX-LO<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based on stipulation by the parties,

**IT IS ORDERED** dismissing this matter in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

So ordered.
October 28, 2011

/s/
Liam O'Grady
United States District Judge

2491699.1